■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAHEEM HAQQ, Appellant. [841 NYS2d 907]—Appeal from an order of the Supreme Court, Monroe County (Frank P. Geraci, Jr., A.J.), entered February 16, 2006. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present— Scudder, P.J., Martoche, Lunn, Peradotto and Green, JJ.